UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASSANDRA KOVALICK,

        Plaintiff,

vs.                                                Case No. 3:11-cv-2-J-34JBT

AEGIS RECEIVABLES MANAGEMENT, INC.,

        Defendant.
_____/

**O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt. No. 5; Notice) filed on February 28, 2011.  In the Notice, Plaintiff seeks dismissal of this matter with prejudice.  See Notice at 1.  Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment.  Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

    1.    This case is **DISMISSED with prejudice**.

    2.    The Clerk of the Court is directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 1st day of March, 2011.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record